UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MILLICENT SIFUNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CV-515-PLR-CCS |
| ) | |
| SOUTH COLLEGE OF TENNESSEE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the plaintiff's motion to stay all proceedings and to continue the trial scheduled for November 8, 2016 [R. 36]. In support of the motion, plaintiff states that her counsel is currently unavailable due to medical issues. Counsel is a sole practitioner. Plaintiff has consulted with counsel for defendant, and defendant does not oppose her motion.

Accordingly, for the good cause stated, plaintiff's motion to stay proceedings and to continue the trial is **GRANTED.** This matter is stayed until **September 6, 2016**, at which time plaintiff shall file a status report.

The trial scheduled for November 8, 2016, is **CANCELLED**, to be reset on the court's docket.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE